**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

In the Interest of: Jameccia L., a Juvenile Under the Age of Seventeen, Appellant.

Appellate Case No. 2013-001308

Appeal From Abbeville County
John M. Rucker, Family Court Judge

Unpublished Opinion No. 2014-UP-421
Submitted September 1, 2014 – Filed November 26, 2014

**AFFIRMED**

Appellate Defender Benjamin John Tripp, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia; and Solicitor David M. Stumbo, of Greenwood, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Parler*, 217 S.C. 24, 26, 59 S.E.2d 489, 489 (1950) (holding when a defendant moves for a directed verdict at the close of the prosecution's evidence, she must renew the motion at the close of all the evidence to preserve the issue for appeal); *State v. Adams*, 332 S.C. 139, 144, 504 S.E.2d 124, 126 (Ct.

App. 1998) (holding the defendant did not preserve the directed verdict issue for appeal because he did not renew his motion at the close of his case); *Parler*, 217 S.C. at 26-30, 59 S.E.2d at 489-91 (stating that although the defendant did not preserve his motion for a directed verdict, the evidence was also sufficient to affirm the denial of his motion on the merits).

**AFFIRMED.**[1]

**WILLIAMS, GEATHERS, and McDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.